# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK DEL SORTER,                     No. CIV S-08-0647-CMK

    Plaintiff,

  vs.                                           ORDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 27, 2008, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. On May 6, 2008, the court directed plaintiff to show cause within 20 days why this action should not be dismissed for failure to comply. On May 12, 2008, plaintiff filed the required statement of submission of documents to the United States Marshal. The May 6, 2008, order to show cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that the court's May 6, 2008, order to show cause is hereby discharged.

DATED: May 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE