IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DEL SORTER, | No. CIV S-08-0647-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is the parties' stipulated motion for an extension of time (Doc. 18). Good cause appearing therefor, the request is granted. Plaintiff's motion for summary judgment is due by February 6, 2009.

IT IS SO ORDERED.

DATED: December 1, 2008

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE