BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK DEL SORTOR**,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-08-647 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 6, 2009, to February 11, 2009. This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: February 6, 2009                    /s/Bess M. Brewer
                                              BESS M. BREWER
3                                             Attorney at Law

4                                             Attorney for Plaintiff

5

6
    Dated: February 6, 2009                   Lawrence G. Brown
7
                                              United States Attorney
8
                                              /s/   Armand D, Roth
9                                             ARMAND D. ROTH

10                                            Special Assistant U.S. Attorney
                                              Social Security Administration
11
                                              Attorney for Defendant
12

13
                                    **ORDER**
14

15  APPROVED AND SO ORDERED.

16

17   DATED:  February 12, 2009

18                                            _____
                                              **CRAIG M. KELLISON**
19                                            UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2