IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DEL SORTER, | No. CIV S-08-0647-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on June 2, 2009, and plaintiff appealed. On July 22, 2010, the Ninth Circuit Court of Appeals issued an unpublished memorandum decision reversing this court's final judgment with instructions that the case be remanded back to the agency ". . . for reconsideration of whether Sorter qualified as presumptively disabled under § 12.05(C)." The appellate court mandate issued on September 14, 2010, and the court hereby directs the matter remanded to the agency consistent with the Ninth Circuit's decision.

/ / /

1   Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the
2   agency for further proceedings consistent with the Ninth Circuit Court of Appeals' July 22, 2010,
3   memorandum decision.

   DATED: September 30, 2010

   _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE